**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
_CIVIL_ **DIVISION**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 1 1 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

_CHARLES Dempsey LANGSTON SR._
(Print your full name)

Plaintiff *pro se*,

v.

_Novelis, Inc_

_____

_____
(Print full name of each defendant; an
employer is usually the defendant)

Defendant(s).

CIVIL ACTION FILE NO.

**1:15 - CV - 0409**

(to be assigned by Clerk)

**WSD**

## *PRO SE* EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1. This employment discrimination lawsuit is brought under (check only those
   that apply):

   _____ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et
   seq., for employment discrimination on the basis of race, color,
   religion, sex, or national origin, or retaliation for exercising rights
   under this statute.

   **NOTE**: To sue under Title VII, you generally must have
   received a notice of right-to-sue letter from the Equal
   Employment Opportunity Commission ("EEOC").

Page 1 of 9

_____ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

_____ Other  (describe) _____

_____

_____

_____

_____

_____

2.   This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## **Parties**

3.   Plaintiff.   Print your full name and mailing address below:

Name   _CHARLES Dempsey LANGSTON SR "SAY"_

Address   _14272 Piney River RD_
_Broomfield, CO 80023_

4.   Defendant(s).   Print below the name and address of each defendant listed on page 1 of this form:

Name   _Novelis, Inc_

Address   _3560 Lenox Road, Suite 2000_
_ATLANTA, GA 30326_

Name   _____

Address   _____

_____

Name   _____

Address   _____

_____

## **Location and Time**

5.   If the alleged discriminatory conduct occurred at a location <u>different</u> from the address provided for defendant(s), state where that discrimination occurred:

_In addition to above address, discrimination also_
_occured in Nashville, TN._

Page 3 of 9

6.   When did the alleged discrimination occur? (State date or time period)

JAN / Feb 2011 — Aug 16th 2013

**Administrative Procedures**

7.   Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency?   ☒ Yes   _____ No

If you checked "Yes," attach a copy of the charge to this complaint.

8.   Have you received a Notice of Right-to-Sue letter from the EEOC?

☒ Yes   _____ No        See Exhibit B

If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter: 11/24/14

9.   If you are suing for **age discrimination**, check one of the following:

_____   60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

_____   Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

_____ Yes       _____ No       ☒ Not applicable, because I was not an employee of, or applicant with, a State agency.

If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

_____

_____

_____

_____

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

_____ Yes       _____ No       ☒ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

If you checked "Yes," describe below what happened in that administrative process:

_____

_____

_____

_____

## Nature of the Case

12. The conduct complained about in this lawsuit involves (check only those that apply):

| | |
|---|---|
| _____ | failure to hire me |
| _____ | failure to promote me |
| _____ | demotion |
| _____ | reduction in my wages |
| _X_ | working under terms and conditions of employment that differed from similarly situated employees |
| _X_ | harassment |
| _X_ | retaliation |
| _X_ | termination of my employment |
| _X_ | failure to accommodate my disability |
| _X_ | other (please specify) *Torture - Tasked with more of what I was asking relief from* |

13. I believe that I was discriminated against because of (check only those that apply):

_____ my race or color, which is _____

_____ my religion, which is _____

_____ my sex (gender), which is _____ male _____ female

_____ my national origin, which is _____

_____ my age (my date of birth is _____ )

_X_ my disability or perceived disability, which is:

*Swallowing Disorder*

_____ my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation

_____ other (please specify) _____

_____

14. Write below, as clearly as possible, the essential facts of your claim(s).
Describe specifically the conduct that you believe was discriminatory or
retaliatory and how each defendant was involved. Include any facts which
show that the actions you are complaining about were discriminatory or
retaliatory. Take time to organize your statements; you may use numbered
paragraphs if you find that helpful. Do not make legal arguments or cite cases
or statutes.

See Exhbit A

(Attach no more than five additional sheets if necessary; type or write legibly only on
one side of a page.)

Page 7 of 9

15. Plaintiff _____ still works for defendant(s)
    X  no longer works for defendant(s) or was not hired

16. If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation?   X Yes   _____ No

    If you checked "Yes," please explain: _Plantiff's multiple_
    _requests for accomodation were denied between_
    _January 2011- August 16 ᵗʰ, 2013._
    _____
    _____

17. If your case goes to trial, it will be heard by a judge unless you elect a jury trial. Do you request a jury trial?   _____ Yes   X No

## Request for Relief

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

_____ Defendant(s) be directed to _____

X  Money damages (list amounts) _Economic -$285,250 + Backpay_
_Compensatory-$10million  Punitive-$20 million_ Liquidated- equal to Double Backpay

X  Costs and fees involved in litigating this case

X  Such other relief as my be appropriate

## **PLEASE READ BEFORE SIGNING THIS COMPLAINT**

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this _9th_ day of _February_ , 20 _15_

_(signature)_
(Signature of plaintiff *pro se*)

_CHARLES D. LANGSTON SR_
(Printed name of plaintiff *pro se*)

_14272 Piney River Rd_
(street address)

_Broomfield, CO 80023_
(City, State, and zip code)

_LANGSTONJAY@OUTLOOK.COM_
(email address)

_303-912-7624_
(telephone number)

Page 9 of 9